FILED

05/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0663

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0663

STATE OF MONTANA,

Plaintiff and Appellant,

v.

SKYLER L. GRIEBEL,

Defendant and Appellee.

## ORDER

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 30, 2024, within which to prepare, file, and serve its opening brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 28 2024